**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINA HAYES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART ASSOCIATES, INC., a corporation; and DOES 1-25, inclusive,<br><br>　　　　Defendant. | Case No. 5:24-cv-01856-JLS-PDx<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL [18]** |

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: __12/16/2024__

*Josephine L. Staton*
_____
District Judge: Josephine L. Staton
UNITED STATES DISTRICT COURT JUDGE